# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Jorge Arturo BANDILLA-Villa | Magistrate's Case No. 07 MJ 2888<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about December 12, 2007, within the Southern District of California, defendant Jorge Arturo BANDILLA-Villa did knowingly and intentionally import approximately 1.35 kilograms of methamphetamine, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 13th day of Dec_____, 2007.

United States Magistrate Judge

Page 1

United States of America
           VS.
Jorge Arturo BANDILLA-Villa

## STATEMENT OF FACTS

On December 12, 2007, at approximately 10:43 am, Jorge Arturo BANDILLA-Villa (driver), and his wife Patricia ALVARADO-Naya (passenger) applied for admission into the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. BANDILLA and ALVARADO occupied a 1997 Ford Explorer bearing Baja California, Mexico license plate AHT4230.

At primary inspection, Customs and Border Protection Officer (CBPO) E. Morris observed that there was a computer-generated referral displayed on his computer screen. CBPO Morris asked BANDILLA if he was bringing anything into the United States, and BANDILLA stated "nothing". BANDILLA also stated that he was traveling to San Ysidro, CA. CBPO Morris escorted BANDILLA and ALVARADO in their vehicle into the vehicle secondary lot for further inspection.

At approximately 10:45 am, CBPO A. Abts escorted BANDILLA into the secondary security office. CBPO Abts conducted a pat-down search of BANDILLA's person and felt a large bulge in his waist area. CBPO A. Siapno assisted CBPO Abts with the pat down, and removed three packages of a white-crystalline substance from BANDILLA's waistband.

At approximately 11:00 am, CBPO Siapno field-tested the white crystalline substance, and received a positive indication for methamphetamines. CBPO Siapno conducted a 7-point inspection of the Ford Explorer with negative results. The total weight of the crystal-methamphetamine was approximately 1.35 kilograms.

BANDILLA was arrested for violations of Title 21, United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance. BANDILLA was booked into the Metropolitan Correction Center, San Diego, CA.

**POST-MIRANDA STATEMENT**

Agents advised BANDILLA of his Constitutional rights per Miranda. BANDILLA acknowledged that he understood his rights and agreed to speak with agents without the presence of an attorney. Post-Miranda, BANDILLA stated that he was recruited by an individual in Tijuana, Mexico to smuggle crystal-methamphetamine in his waistband. BANDILLA stated that he was planning on meeting an individual outside a Wal-Mart store in Chula Vista, CA in order to make delivery of the contraband. BANDILLA stated that he was smuggling the drugs in order to pay off a previous debt of $1550. BANDILLA also stated that crystal methamphetamine is a "dangerous drug".