Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721

FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 307-mj-02888-BLM-1 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| Jorge Arturo BANDILLA-VILLA | |
| Defendant | |

Jorge Arturo Bandilla-Villa _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, PAUL D TURNER.

DATED: 26-12-07        _____Arturo B_____
                                DEFENDANT
                        Jorge Arturo Bandilla Villa

I consent to the above substitution.

DATED: 12-27-07        _____Paul T_____
                                PRESENT ATTORNEY

307-mj-02888-BLM-1

1

1  //
2      I am duly admitted to practice in this district.
3      I accept the above substitution.
4
5  DATED: __12-27-07__   _____
6                              NEW ATTORNEY
7
8      Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.
10
11  DATED:                    APPROVED:
12  12/27/07                  _Barbara L. Major_
13                            UNITED STATES DISTRICT COURT MAGISTRATE Judge

2                          307-mj-02888-BLM-1